1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   ROSS PEARSON
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA  93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099



FILED
SEP 27 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

7  Attorneys for Plaintiff
   United States of America

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

      v.

TALIA KHIO, ET AL.,

            Defendant.

CASE NO. 1:18 CR - 00219 DAD BAM

MOTION AND PROPOSED ORDER TO SEAL INDICTMENT

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 27, 2018, charging the above defendants with a violations of 18 U.S.C. § 1951-Conspiracy to Commit Hobbs Act Robbery, 18 U.S.C. § 1951-Interference With Commerce by Robbery and 18 U.S.C. § 981(a)(1)(C), 924(d)(1) and 28 U.S.C. § 2461(c)- Criminal Forfeiture be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant

1 | thereto, except when necessary for the issuance and execution of the warrant.

2 | DATED: September 27, 2018        Respectfully submitted,

3 |                                  McGREGOR W. SCOTT
4 |                                  United States Attorney

5 |                          By      /s/ JEFFREY A. SPIVAK
                                     JEFFREY A. SPIVAK
6 |                                  Assistant U.S. Attorney

7 |

8 |     IT IS SO ORDERED.

9 | Dated: September 27, 2018        _____
10 |                                 BARBARA A. McAULIFFE
                                     U.S. Magistrate Judge