McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



FILED
OCT 09 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TALIA KHIO,<br><br>DONTIA ARRINGTON,<br><br>RODDY AUNDRE JOHNSON, Jr.,<br><br>MARK RODNEY NOBLE,<br><br>JIMMY KHIO,<br><br>CARLOS MERKHAI,<br><br>　　　　　　Defendants. | CASE NO. 1:18-CR-219-DAD-BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

　　　　The Indictment in this case, having been sealed by Order of the Court on September 27, 2018 and it appears that it no longer need remain secret,

///

///

///

///

| 1 | The United States of America, by and through McGregor W. Scott, United States Attorney, and
| 2 | Jeffrey A. Spivak, Assistant United States Attorney, hereby moves that the Indictment in this case be
| 3 | unsealed and made public record.

Dated: October 9, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

## ORDER

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on September 27, 2018 be unsealed and become public record.

DATED: October 9, 2018

Honorable ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE