1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:18-CR-00219-DAD-BAM

12                Plaintiff,             STIPULATION FOR PROTECTIVE ORDER
                                         REGARDING SENSITIVE MATERIAL
                  v.
13
   TALIA KHIO,
14 DONTIA ARRINGTON,                     COURT: Hon. Barbara A. McAuliffe
   RODDY AUNDRE JOHNSON, Jr.,
15 MARK RODNEY NOBLE,
   JIMMY KHIO,
16 CARLOS MERKHAI,

17                Defendants.

18

19      WHEREAS, the government possesses, or may come to possess, recordings, photographs,

20 documents, reports, or other materials the disclosure of which may ordinarily be required by the

21 government's Rule 16, Jencks Act, Brady or other discovery obligations, but the dissemination of which

22 could pose a serious risk to certain defendants, witnesses, or the confidentiality of an ongoing

23 investigation (the "Sensitive Materials");

24      WHEREAS, the parties desire to have the Sensitive Materials produced to defense counsel;

25      WHEREAS, the parties agree that entry of a stipulated protective order is appropriate.

26      THEREFORE, Talia Khio, by and through his counsel of record, Assistant Federal Defender

27 Erin Snider; Dontia Arrington, by and through his counsel of record, Carol Moses; Roddy Johnson, by

28 and through his counsel of record, John Brennan; Mark Noble, by and through his counsel of record,

STIPULATION FOR PROTECTIVE ORDER            1

Allen Sawyer; Jimmy Khio by and through his counsel of record, Douglas Goss; Carlos Merkhai, by and through his counsel of record, Richard A. Beshwate Jr.; and the United States of America, by and through Assistant United States Attorney Jeffrey A. Spivak, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to the Sensitive Materials, which will be produced to Defense Counsel under a separate Bates number category ("the discovery"). This Order also relates to any verbal communications between the government and Defense Counsel regarding the Sensitive Materials.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information, verbal or written, that contain Sensitive Materials with anyone other than Defense Counsel, defense investigators, and support staff. Defense Counsel may permit Defendant to review un-redacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow Defendant to copy Sensitive Materials contained in the discovery.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked.

IT IS SO STIPULATED.

DATED: November 5, 2018     McGREGOR W. SCOTT
United States Attorney

By: /s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant U.S. Attorney

DATED: November 5, 2018     By: */s/ Victor Chavez*
VICTOR CHAVEZ
ASSISTANT FEDERAL DEFENDER
Attorney for Defendant Talia Khio
(As approved by email 11/7/2018)

DATED: November 2, 2018     By: */S/ CAROL MOSES*
CAROL MOSES
Attorney for Defendant Dontia Arrington
(As approved by email 11/2/2018)

DATED: November 5, 2018     By: */s/ JOHN BRENNAN*
JOHN BRENNAN
Attorney for Defendant Roddy Johnson
(As approved by email 11/5/2018)

DATED: November 1, 2018     By: */s/ Allen Sawyer*
ALLEN SAWYER
Attorney for Defendant Mark Noble
(As approved by email 11/1/2018)

DATED: November 13, 2018     By: */s/ Douglas Goss*
DOUGLAS GOSS
Attorney for Defendant Jimmy Khio
(As approved by email 11/13/2018)

DATED: November 5, 2018     By: */s/ Richard A. Beshwate, Jr.*
RICHARD A BESHWATE, JR.
Attorney for Defendant Carlos Merkhai
(As approved by email 115/2018)

## **ORDER**

The stipulation for a Protective Order in case 18-CR-219 is GRANTED.

IT IS SO ORDERED.

Dated: **November 15, 2018**　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR PROTECTIVE ORDER　　　　4