VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
TALIA KHIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>vs.<br><br>TALIA KHIO<br><br>   *Defendant.* | Case No. 1:18-CR-00219-DAD<br><br>STIPULATION CONTINUING SENTENCING HEARING: ORDER<br><br><br>DATE: August 31, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. DALE A. DROZD |

  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the sentencing hearing now set for June 9, 2020 may be moved to August 31, 2020 at 10:00 a.m. The reason defendant proposes this stipulation is that the Presentence Report is not yet prepared due to delays in conducting the presentence interview with the probation officer. The defense also needs additional time to prepare for sentencing, and Mr. Khio will likely need to undergo some medical procedures in the near future.

                Respectfully submitted,

Dated: May 28, 2020       */s/ Jeffrey A. Spivak*
                JEFFREY A. SPIVAK
                Assistant United States Attorney
                Attorney for Plaintiff

Dated: May 28, 2020       */s/ Victor M. Chavez*
                VICTOR M. CHAVEZ
                Attorney for Defendant
                TALIA KHIO

**PROPOSED ORDER**

GOOD CAUSE APPEARING, the Court grants the stipulation of the parties. The sentencing in this matter is hereby continued to August 31, 2020 at 10:00 A.M.

IT IS SO ORDERED.

Dated: __**May 29, 2020**__   _____/s/ Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE

Khio- Stipulation and Proposed Order