VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
TALIA KHIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00219-DAD |
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING HEARING: ORDER |
| vs. | |
| TALIA KHIO | DATE: October 19, 2020<br>TIME: 10:00 a.m. |
| *Defendant.* | JUDGE: Hon. DALE A. DROZD |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the sentencing hearing now set for August 31, 2020 may be moved to October 19, 2020 at 10:00 a.m.  The reason for this request is that new discovery consisting of cell phone extraction records just became available to the defense on or about August 13.2020.  Additional time is needed to review these records and for other sentencing preparation, including filing of objections and possible inspection of physical evidence.

Respectfully submitted,

Dated:  August 26, 2020

*/s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

Dated:  August 26, 2020

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Attorney for Defendant
TALIA KHIO

**PROPOSED ORDER**

GOOD CAUSE APPEARING, the Court grants the stipulation of the parties. The sentencing in this matter is hereby continued to October 19, 2020 at 10:00 A.M.

IT IS SO ORDERED.

Dated:   **August 26, 2020**

_____
UNITED STATES DISTRICT JUDGE