VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
TALIA KHIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00219-DAD |
|---|---|
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING HEARING:ORDER |
| vs. | |
| TALIA KHIO | DATE:  December 7, 2020<br>TIME:   10:00 a.m. |
| *Defendant.* | JUDGE: Hon. DALE A. DROZD |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the sentencing hearing now set for October 19, 2020 may be moved to December 7, 2020 at 10:00 a.m.  The reason for this request is that additional time is necessary to review some discovery which only became available late in the case. It consists of data on a DVD which, despite the government's cooperation, defense counsel has not been able to open. The defense will retain a paralegal to assist with review of the DVD as the content is voluminous.

    Respectfully submitted,

Dated:  October 9, 2020         */s/ Jeffrey A. Spivak*
                                        JEFFREY A. SPIVAK
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Dated:  October 9, 2020         */s/ Victor M. Chavez*
                                        VICTOR M. CHAVEZ
                                        Attorney for Defendant
                                        TALIA KHIO

1 **ORDER**

2      GOOD CAUSE APPEARING, the Court grants the stipulation of the parties. The
3 sentencing in this matter is hereby continued to December 7, 2020 at 10:00 A.M.

4 IT IS SO ORDERED.

5      Dated:  **October 10, 2020**                    /s/ Dale A. Drozd
6                                                                  UNITED STATES DISTRICT JUDGE