VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
TALIA KHIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00219-DAD |
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING HEARING: ORDER |
| vs. | |
| TALIA KHIO | DATE: January 25, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Hon. DALE A. DROZD |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the sentencing hearing now set for December 7, 2020 may be moved to January 25, 2021 at 10:00 a.m. Defense proposes this stipulation because additional time is needed to open discovery which is contained on a DVD. Defense is requesting that the data be provided on a hard drive. This additional time is needed to adequately prepare for sentencing in this case.

Respectfully submitted,

Dated: November 30, 2020     */s/ Jeffrey A. Spivak*
                              JEFFREY A. SPIVAK
                              Assistant United States Attorney
                              Attorney for Plaintiff

Dated: November 30, 2020     */s/ Victor M. Chavez*
                              VICTOR M. CHAVEZ
                              Attorney for Defendant
                              TALIA KHIO

# ORDER

GOOD CAUSE APPEARING, the Court grants the stipulation of the parties. The sentencing in this matter is hereby continued to January 25, 2021 at 10:00 A.M. However, because this is essentially the same reason given for the continuance of sentencing hearings previously scheduled in this matter on August 31, 2020 and October 19, 2020, no further continuances of the sentencing hearing will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **November 30, 2020**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

Khio- Stipulation and Proposed Order