VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
TALIA KHIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00219-DAD |
|---|---|
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING HEARING: ORDER |
| vs. | |
| TALIA KHIO | DATE: March 1, 2021 |
| | TIME:  10:00 a.m. |
| *Defendant.* | JUDGE: Hon. DALE A. DROZD |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the sentencing hearing now set for January 25, 2021 may be moved to March 1, 2021 at 10:00 a.m. Defense proposes this stipulation because defense has completed work on the new discovery. The additional time is needed to allow defense to file a sentencing memorandum and to give the government time to file any reply. No further continuances are anticipated.

Respectfully submitted,

Dated:  January 19, 2020         */s/ Jeffrey A. Spivak*
                                  JEFFREY A. SPIVAK
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

Dated:  January 19, 2020         */s/ Victor M. Chavez*
                                  VICTOR M. CHAVEZ
                                  Attorney for Defendant
                                  TALIA KHIO

**ORDER**

GOOD CAUSE APPEARING, the Court grants the stipulation of the parties. The sentencing in this matter is hereby continued to March 1, 2021 at 10:00 A.M.

IT IS SO ORDERED.

Dated: **January 19, 2021**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE