VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
TALIA KHIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>TALIA KHIO<br><br>    *Defendant.* | Case No. 1:18-CR-00219-DAD<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER<br><br>DATE: March 22, 2021<br>TIME: 9:00 a.m.<br>JUDGE: Hon. DALE A. DROZD |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the sentencing hearing now set for March 1, 2021 may be moved to March 22, 2021 at 9:00 a.m. As set forth in the accompanying declaration, the additional time is needed to allow defense counsel to file a sentencing memorandum and to give the government time to file any reply.

                                          Respectfully submitted,

Dated: February 22, 2020         */s/ Jeffrey A. Spivak*
                                          JEFFREY A. SPIVAK
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

Dated: February 22, 2020         */s/ Victor M. Chavez*
                                          VICTOR M. CHAVEZ
                                          Attorney for Defendant
                                          TALIA KHIO

**ORDER**

GOOD CAUSE APPEARING, the Court will one final time adopt the stipulation of the parties. The sentencing in this matter is hereby continued to March 22, 2021 at 9:00 A.M. Once again, no further continuances will be granted for this purpose absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: __**February 23, 2021**__

UNITED STATES DISTRICT JUDGE

Khio- Stipulation and Proposed Order