VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
TALIA KHIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　vs.<br><br>TALIA KHIO<br><br>　　　　*Defendant.* | Case No. 1:18-CR-00219-DAD-BAM<br><br>**STIPULATION PERMITTING TALIA KHIO TO ATTEND HIS DAUGHTER'S GRADUATION; ORDER**<br><br>JUDGE: Hon. DALE A. DROZD |

　　　IT IS HEREBY STIPULATED by the parties through their respective counsel that Mr. Khio may attend his daughter's high school graduation on May 16, 2021 under the supervision and direction of his Pretrial Services Officer.

　　　This Court sentenced Mr. Khio to a 46-month term of imprisonment on March 22, 2021. He was permitted to remain on Home Incarceration under pretrial services supervision and ordered to surrender before 2:00 p.m. on June 2, 2021.  Doc. 262   At Mr. Khio's request the Court set the surrender date so as to permit him to attend his daughter's high school graduation.  Pretrial Services has no objection to Mr. Khio attending the graduation as long as the Court authorizes him to do so. The government does not object to such attendance and therefore the parties enter into this stipulation.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 3, 2021　　　　　　　　　　　*/s/ Victor M. Chavez*
　　　　　　　　　　　　　　　　　　　　VICTOR M. CHAVEZ
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: May 3, 2021        */s/ Jeffrey A. Spivak*
              JEFFREY A. SPIVAK
              Assistant U.S. Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:   **May 3, 2021**        _____
                UNITED STATES DISTRICT JUDGE